1 DAVID B. DEMO (SBN 153997);ddemo@plawp.com
  JENNY J. CHU (SBN 223077); jchu@plawp.com
2 LHB PACIFIC LAW PARTNERS, LLP
  5858 Horton Street, Suite 370
3 Emeryville, CA 94608
  Tel:  (510) 841-7777
4 Fax:  (510) 841-7776

5 Attorneys For Plaintiff
  THE BURLINGTON INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| THE BURLINGTON INSURANCE COMPANY, | ) Case No.: 3:05-cv-05336-SC |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) |
| NAUTILUS INSURANCE COMPANY; MONTICELLO INSURANCE COMPANY; LINCOLN GENERAL INSURANCE COMPANY; AND DOES 1 THROUGH 100, | ) Date: May 12, 2006<br>) Time: 10:00 a.m.<br>) Judge: Hon. Samuel Conti<br>) Dept.: 1 |
| Defendant(s). | ) |

ORDER

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 12, 2006, be moved to August 4, 2006, at 10:00 a.m./~~p.m.~~ in Courtroom 1.

Counsel shall file a Joint Case Management Conference Statement 14 days in advance of the Case Management Conference.

DATED: 4/24/06

IT IS SO ORDERED
Judge Samuel Conti

_____
THE HON. SAMUEL CONTI
United States District Court Judge

1

C04-3837                                                                                          [Proposed] to Continue CMC