DAVID B. DEMO (SBN 153997);ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

Attorneys For Plaintiff
THE BURLINGTON INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY; MONTICELLO INSURANCE COMPANY; LINCOLN GENERAL INSURANCE COMPANY; AND DOES 1 THROUGH 100,<br><br>Defendant(s). | Case No.: 3:05-cv-05336-SC<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT**<br><br>Date: August 4, 2006<br>Time: 10:00<br>Judge: Hon. Samuel Conti<br>Dept.: 1 |

Plaintiff THE BURLINGTON INSURANCE COMPANY ("Burlington") and defendants LINCOLN GENERAL INSURANCE COMPANY ("Lincoln General") and NAUTILUS INSURANCE COMPANY ("Nautilus"), through their respective counsel, HEREBY STIPULATE AS FOLLOWS:

1. This action arises from a pending California state court case, entitled *Trammell, et al. v. Amin, et al.* (San Francisco Superior Court Case No. 04 428084) (hereinafter referred to as "Underlying Action"), in which a class of present and former tenants sued the owners of the Baldwin House Hotel located in San Francisco.

2. The instant matter arises from commercial general liability insurance coverage disputes among the insurers and their insureds as to responsibility for and allocation of certain

1 costs for the defense of the Underlying Action as well as indemnity that may be paid to settle that action.

3. Northfield Insurance Company ("Northfield") and Penn American Insurance Company ("Penn American") issued commercial general liability insurance policies to the insured defendants in the Underlying Action. The parties were not made aware of these policies issued by Northfield until after the commencement of this action.

4. Coverage issues currently exist by and among Burlington, Lincoln General, Northfield, Penn American, and the defendants in the underlying action – Chandrakant Amin, Manharbhai Amin, Tara Amin, and Laxmiben Amin.

5. Therefore, the parties request that this Court permit Burlington to file the Amended Complaint attached hereto as Exhibit A.

IT IS SO STIPULATED.

DATED:    June 30, 2006            LHB PACIFIC LAW PARTNERS, LLP

                                                    _____
                                                    DAVID B. DEMO
                                                    Attorney for Plaintiff
                                                    THE BURLINGTON INSURANCE COMPANY

DATED:    June __, 2006            BURNHAM & BROWN

                                                    _____
                                                    CLARK J. BURNHAM
                                                    Attorney for Defendant
                                                    LINCOLN GENERAL INSURANCE COMPANY

DATED:    June __, 2006            BOLENDER & ASSOCIATES

                                                    _____
                                                    JEFFREY S. BOLENDER
                                                    Attorneys for Defendant
                                                    NAUTILUS INSURANCE COMPANY

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

1  costs for the defense of the Underlying Action as well as indemnity that may be paid to settle that
2  action.

3.   Northfield Insurance Company ("Northfield") and Penn American Insurance Company ("Penn American") issued commercial general liability insurance policies to the insured defendants in the Underlying Action. The parties were not made aware of these policies issued by Northfield until after the commencement of this action.

4.   Coverage issues currently exist by and among Burlington, Lincoln General, Northfield, Penn American, and the defendants in the underlying action – Chandrakant Amin, Manharbhai Amin, Tara Amin, and Laxmiben Amin.

5.   Therefore, the parties request that this Court permit Burlington to file the Amended Complaint attached hereto as Exhibit A.

IT IS SO STIPULATED.

DATED:   June __, 2006          LHB PACIFIC LAW PARTNERS, LLP


_____
DAVID B. DEMO
Attorney for Plaintiff
THE BURLINGTON INSURANCE COMPANY

DATED:   June 26, 2006          BURNHAM & BROWN

_____
CLARK J. BURNHAM
Attorney for Defendant
LINCOLN GENERAL INSURANCE COMPANY

DATED:   June __, 2006          BOLENDER & ASSOCIATES


_____
JEFFREY S. BOLENDER
Attorneys for Defendant
NAUTILUS INSURANCE COMPANY

2

Case No.: 3:05-cv-05336-SC                Stipulation for filing of Amended Complaint

FROM  Case 3:05-cv-05336-SC   Document 19   Filed 07/06/06   Page 4 of 4   (FRI)JUN 30 2006 10:10/ST. 10:10/No. 6812873071 P 3

1  costs for the defense of the Underlying Action as well as indemnity that may be paid to settle that
2  action.
3     3.    Northfield Insurance Company ("Northfield") and Penn American Insurance
4  Company ("Penn American") issued commercial general liability insurance policies to the
5  insured defendants in the Underlying Action. The parties were not made aware of these policies
6  issued by Northfield until after the commencement of this action.
7     4.    Coverage issues currently exist by and among Burlington, Lincoln General,
8  Northfield, Penn American, and the defendants in the underlying action – Chandrakant Amin,
9  Manharbhai Amin, Tara Amin, and Laxmiben Amin.
10    5.    Therefore, the parties request that this Court permit Burlington to file the
11 Amended Complaint attached hereto as Exhibit A.
12    IT IS SO STIPULATED.
13
14 DATED:   June __, 2006          LHB PACIFIC LAW PARTNERS, LLP
15
16                                 _____
                                   DAVID B. DEMO
17                                 Attorney for Plaintiff
                                   THE BURLINGTON INSURANCE COMPANY
18
19 DATED:   June __, 2006          BURNHAM & BROWN
20
21                                 _____
                                   CLARK J. BURNHAM
22                                 Attorney for Defendant
                                   LINCOLN GENERAL INSURANCE COMPANY
23
24 DATED:   June 29, 2006          BOLENDER & ASSOCIATES
25
26                                 
27                                 JEFFREY S. BOLENDER
                                   Attorney for Defendant
28                                 NAUTILUS INSURANCE COMPANY

IT IS SO ORDERED
Judge Samuel Conti
7/6/06

2

Case No.: 3:05-cv-05336-SC                    Stipulation for filing of Amended Complaint