Robert K. Phillips (Bar No. 135088)
Katherine A. Munter (Bar No. 163666)
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor,
San Francisco, CA 94108
Telephone: (415) 278-9400
Facsimile: (415) 278-9411

Attorneys for Defendant
Penn America Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | Case No. 3:05-CA-05336-SC |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING |
| v. | |
| PENN AMERICA INSURANCE COMPANY; NAUTILUS INSURANCE COMPANY; MONTICELLO INSURANCE COMPANY; LINCOLN GENERAL INSURANCE COMPANY; AND DOES 1 THROUGH 100, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between plaintiff Burlington Insurance Company and named defendant Penn America Insurance Company ("Penn America") that Penn America's responsive pleading in this matter will be due on September 5, 2006. This

Stipulation to Extend Time to Respond to Complaint
Case No. 3:05-cw-05336-SC                                                                  1

1  extension will not affect any Court ordered hearing or conference.

2

3

4  Date: August 10, 2006

    LHB PACIFIC LAW PARTNERS, LLP

    By: _____
    DAVID B.A. DEMO
    JENNY J. CHU
    Attorneys for Plaintiff THE BURLINGTON
    INSURANCE COMPANY

12  Date: August 8, 2006

    PHILLIPS SPALLAS & ANGSTADT, LLP

    By: _____
    ROBERT K. PHILLIPS
    KATHERINE A. MUNTER
    Attorneys for Defendant
    PENN AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
8/23/06

Stipulation to Extend Time to Respond to Complaint
Case No. 3:05-cv-05336-SC

2